UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: JOHN HERKERT,

Case No. 17-11961
Chapter 13

Debtor(s).

## LOSS MITIGATION STATUS REPORT

This Loss Mitigation Status Report is submitted pursuant to the court's Loss Mitigation Program Procedures.

| PART I — GENERAL INFORMATION |
| --- |

**a. Full description of the Property:**
283 MALM ROAD
SCHAGHTICOKE, NY 12154

| b. Name and address of Creditor: | Name, address, and telephone number of Creditor's attorney: |
| --- | --- |
| SETERUS, INC. AS AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION "FANNIE MAE" | MICHAEL J. CHATWIN, ESQ. SHAPIRO, DiCARO & BARAK, LLC 175 MILE CORRSING BLVD ROCHESTER, NY 14624 585 247 9000 |
| Has Creditor filed a proof of claim? ✔ Yes    No | |

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)

## PART II — LOSS MITIGATION PROGRAM

a. On 05/30/2018 , a Loss Mitigation Request was filed by:

    ✔ Debtor(s).               Other party: _____.

    Creditor.                The court raised the possibility of Loss Mitigation.

b. Loss Mitigation Order:

    ✔ A Loss Mitigation Order was entered on 05/30/2018 .

    The Loss Mitigation Order was served on _____.

c. At this time, the Debtor(s) is/are:

    making on-going post-petition monthly mortgage payments in the amount of $_____

        directly to the Creditor.

        to the standing trustee.

    ✔ not making on-going post-petition monthly mortgage payments.

d. If the underlying bankruptcy case is one filed under chapter 12 or 13, has a plan been confirmed?

    Yes  ✔ No

e. Creditor served a Request for Information and Documents on 06/06/2018 .

    Debtor(s) served a Response to the Creditor's Request on 07/12/2018 .

    ✔ All Information and Documents have been produced.

    The following Information and Documents are still outstanding:

    _____

    _____.

f. Debtor(s) served a Request for Information and Documents on _____.

    Creditor served a Response to the Debtor(s)' Request on _____.

    All Information and Documents have been produced.

    The following Information and Documents are still outstanding:

    _____

    _____.

g.  The Loss Mitigation Parties have participated in <u>0</u>     Loss Mitigation Session(s) and:

    A resolution has been reached.

  ✔  A resolution has not been reached because:

    <u>CREDITOR IS EVALUATING SUFFICIENCY OF PACKET.</u>

    _____.

h.  Prior Loss Mitigation Status Report (if applicable):

    A Prior Loss Mitigation Status Report was submitted on _____.

    A Prior Loss Mitigation Status Report was submitted on _____.

    A Prior Loss Mitigation Status Report was submitted on _____.

i.  Additional information relevant to the Loss Mitigation Parties reaching a final resolution:

    <u>CREDITOR IS EVALUATING SUFFICIENCY OF PACKET.</u>

    _____

    _____

    _____

    _____.

## PART III — OTHER MORTGAGES/LIENS AGAINST THE PROPERTY

Dated: 07/13/2018

Name MARC S. EHRLICH, ESQ.
Firm   EHRLICH LAW FIRM, PC
Attorney(s) for Debtor(s)/Creditor
Address 64 SECOND STREET,  TROY, NY 12180
Telephone Number 518 272 2110
Email Address MEHRLICH@EAPCLAW.COM
N.D.N.Y. Bar Roll Identification No. 301178

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)